

# Fourth Court of Appeals
## San Antonio, Texas

September 18, 2019

No. 04-19-00567-CV

**IN RE ORDER FOR FORECLOSURE**
concerning 6304 Ridgehurst, San Antonio, Texas 78250-5006

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-07478
Honorable Antonia Arteaga, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. Costs of the appeal are taxed against appellant.

It is so **ORDERED** on September 18, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of September, 2019.

_Keith E. Hottle_
Keith E. Hottle, Clerk of Court